FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY -4 PM 3:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NAQUAN TRELL ELLIOTT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV415-106
CR413-115

## O R D E R

Before the Court is Petitioner's Motion to Notify the Court of the Defendant's Intention to Appeal. (Doc. 10.) The Court construes this motion as a notice of appeal of the Court's order (Doc. 8) adopting the Magistrate Judge's Report and Recommendation, a Motion to Proceed In Forma Pauperis, and a Motion for a Certificate of Appealability ("COA"). Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a COA. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds that Petitioner cannot meet the above standard, rendering moot any request for in forma pauperis status on appeal. Accordingly, Petitioner's request for a COA is **DENIED** and his request

for in forma pauperis status is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to amend the docket accordingly and to submit all necessary information to the Court of Appeals for the Eleventh Circuit.

SO ORDERED this 4th day of May 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA